IN THE UNITED STATES BANRKUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ARDENT, INC., et al. ) | Case No. 01-2086 |
| ) | Chapter 11 |
| Debtor in Possession. ) | Jointly Administered Case |
| ) | |
| ARDENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. A 02-10047 |
| ) | |
| GARY RABIN, ) | |
| ) | |
| Defendant. ) | |

**FILED AND ENTERED**
**OCT 14 2003**
Denise H. Curtis, Clerk -
U.S. Bankruptcy Court for D.C.

## STIPULATION AND CONSENT ORDER

Ardent Liquidating LLC, successor in interest to Ardent, Inc. and Ardent Communications, Inc. (the "Debtor"), by counsel, and Gary Rabin ("Defendant"), by counsel, hereby stipulate as follows:

1. On May 24, 2002, the Debtor filed this adversary proceeding against Defendant seeking to recover $557,764.38.

2. Defendant has agreed to pay the Debtor $40,000 in full and final settlement of this adversary proceeding.

3. This Stipulation is in full and final satisfaction of all claims that were brought, or that could have been brought against the Defendant in the above bankruptcy case.

4. The adversary proceeding is dismissed with prejudice, with each party to bear its, or his, own attorney's fees and costs.

TYSO01:9195169v1|T3464-000000|6/30/2003

**MILES & STOCKBRIDGE P.C.**

By: _____
Brian F. Kenney (DC Bar #420539)
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
(703) 610-8664
(703) 610-8686 (fax)
Counsel for Defendant, Gary Rabin


**SWIDLER BERLIN SHEREFF FRIEDMAN LLP**

By: _____
Michael J. Lichtenstein (DC Bar #419302)
3000 K Street, N.W., Suite 300
Washington, DC 20007
McLean, VA 22102
(202) 424-7500
(202) 424-7645 (fax)
Counsel for Ardent Liquidating LLC


SO ORDERED.

Dated: Oct. 6, 2003         _____
                            S. Martin Teel, Jr.
                            United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP - 9 2003**

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

| | |
|---|---|
| In re: ) | |
| ) | |
| **ARDENT, INC., et. al.** ) | Case No. 01-2086 |
| ) | Chapter 11 |
| Debtors-in-Possession ) | Jointly Administered Case |
| ) | |
| ) | |
| **ARDENT, INC.** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary No. 02-10047 |
| ) | |
| **GARY RABIN** ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2003, I caused a copy of the foregoing Stipulation to be served by first class mail, postage prepaid, on each of the following parties:

Brian F. Kenney
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102

Dennis J. Early, Esquire
Office of the United States Trustee
115 S. Union Street, #210
Alexandria, Virginia 22314

Michael L. Bernstein, Esquire
Arnold & Porter
555 Twelfth Street, N.W.,
Washington, DC 20004

Debra O. Fullem
Swidler Berlin Shereff Friedman, LLP

6199322v1